**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1188**

_____

MICHAEL W. MCRAE,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; MARYLAND CLASSIFIED EM-
PLOYEES' ASSOCIATION, INCORPORATED,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CA-
00-3724-S)

_____

Submitted:  June 21, 2001          Decided:  June 28, 2001

_____

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael W. McRae, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michel W. McRae appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See McRae v. Maryland, No. CA-00-3724-S (D. Md. Jan. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED